**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et. al., *ex rel.* AFCE LLC, | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | 21-cv-12071-MJJ |
| | ) | **UNDER SEAL** |
| EYEPOINT PHARMACEUTICALS, INC. | ) | |
| **Defendant.** | ) | |

**MASSACHUSETTS' AND THE DECLINING STATES'**
**NOTICE OF DECLINATION OF INTERVENTION**

Pursuant to the Massachusetts False Claims Act, G.L c. 12, § 5C(4), the Commonwealth of Massachusetts (Massachusetts) hereby notifies the Court and all parties of record of its decision to decline intervention in the above-captioned action.

Massachusetts has conferred with the attorneys representing Plaintiffs California, Colorado, Connecticut, Georgia, Illinois, Maryland, Michigan, North Carolina, New Jersey, New Mexico, Nevada, New York, Tennessee, Texas, Virginia, and Washington, DC (hereinafter, the "Declining States"). The Declining States have indicated that they join Massachusetts' Notice of Declination of Intervention. To the extent that the False Claims Act of any of the individual named Declining States provides for continued service of pleadings or other documents upon counsel, the Declining States and Massachusetts request that they continue to receive service of such documents.

At the request of the State of Maryland, Massachusetts is conveying the following information: Pursuant to Maryland Code Annotated, Health-General, § 2-604(a)(6)(ii), Plaintiff the State of Maryland hereby notifies the Court of its decision to not intervene in this action. The

Maryland False Health Claims Act provides that "If the State does not elect to intervene and proceed with the action . . . before unsealing the complaint, the court shall dismiss the action." Md. Code Ann., Health Gen., § 2-604(a)(7). Accordingly, the State of Maryland requests that all claims asserted on behalf of the State of Maryland be dismissed without prejudice.

Respectfully submitted,

For the Commonwealth

**ANDREA JOY CAMPBELL**
**ATTORNEY GENERAL**

Date: July 16, 2026

By: */s/ Katie Cooper Davis*

Katie Cooper Davis (BBO # 694251)
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
Tel: (617) 963-2498
Fax: (617) 573-5367
katie.davis@mass.gov

**CERTIFICATE OF SERVICE**

I, Katie Cooper Davis, hereby certify that, on July 16, 2026, I caused a copy of the foregoing document to be served by electronic mail on the following counsel for the relators and counsel for the other government plaintiffs (with their assent to electronic service):

*Counsel for the United States*
Steven Sharobem
Assistant U.S. Attorney
United States Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02210
steven.sharobem@usdoj.gov

*Counsel on behalf of the other named Plaintiff States*
Melanie Mucario
Assistant Attorney General
Medicaid Fraud Division
Florida Office of the Attorney General
Melanie.mucario@myfloridalegal.com

*Counsel for Relator*
Marlene Koury
CONSTANTINE CANNON LLP
Nbrecker-redd@constantinecannon.com
mkoury@constantinecannon.com

Leah Judge
THE NORTON LAW FIRM
ljudge@nortonlaw.com

Max Voldman
Hallie Noecker
Whistleblower Partners
max@whistleblower.law
hallie@whistleblower.law

Date: July 16, 2026

By: /s/ Katie Cooper Davis
Katie Cooper Davis (BBO # 694251)
Assistant Attorney General