**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>*ex rel.* AFCE LLC,<br><br>*Plaintiffs*,<br>v.<br><br>EYEPOINT PHARMACEUTICALS, INC., *et al.*,<br><br>*Defendants*. | **No. 21-CV-12071-MJJ** |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of a Settlement Agreement among the United States, the relator, and the defendant, EyePoint Pharmaceuticals ("EyePoint" or the "defendant"), the United States and the relator filed a Joint Stipulation of Dismissal that seeks to dismiss with prejudice all claims brought by the relator on behalf of the United States against the defendant.

Moreover, the state of Florida, pursuant to the Florida False Claims Act, Fla. Stat. § 68.084(2)(a), and the state of Indiana, pursuant to the Indiana False Claims and Whistleblower Protection Act, Ind. Code § 5-11-5.5-4(b)(1), and in accordance with the terms and conditions of a settlement among the state of Florida, the state of Indiana, the relator, and EyePoint, the states of Florida and Indiana, and the relator filed a Joint Stipulation of Dismissal that seeks to dismiss with prejudice all claims brought by the relator on behalf of the states of Florida and Indiana against the defendant.

Furthermore, the states of California, Colorado, Connecticut, Georgia, Illinois, Maryland,

Michigan, Nevada, New Jersey, New Mexico, New York, North Carolina, Tennessee, Texas, the Commonwealths of Massachusetts and Virginia, and the District of Columbia filed a Joint Stipulation of Dismissal that seeks to dismiss without prejudice all claims brought by the relator on behalf of these respective states.

Based on the foregoing Joint Stipulation of Dismissal, it is hereby **ORDERED** that all claims brought by the relator on behalf of the United States, the state of Florida, and the state of Indiana against the defendant shall be dismissed with prejudice as to the United States, the state of Florida, the state of Indiana, and the relator. It is **FURTHER ORDERED** that all claims brought by the relator on behalf of the states of California, Colorado, Connecticut, Georgia, Illinois, Maryland, Michigan, Nevada, New Jersey, New Mexico, New York, North Carolina, Tennessee, Texas, the Commonwealths of Massachusetts and Virginia, and the District of Columbia shall be dismissed without prejudice as to these respective states.

UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

Dated: 8/19/2026

/s/ Myong J. Joun
MYONG J. JOUN
UNITED STATES DISTRICT JUDGE